IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TONY EGBUNA FORD, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. EP-01-CA-386 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER EXTENDING TIME

On the unopposed motion of Respondent, the Director's time for providing photographs to Petitioner is extended to September 15, 2002.

It is so ORDERED.

SIGNED on this the 4th day of Oct., 2002.

THE HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE