# UNITED STATES COURT OF APPEALS

**FILED**

**June 22, 2005**

## FOR THE FIFTH CIRCUIT

**Charles R. Fulbruge III**
**Clerk**

---

No. 04-70018

---

D.C. Docket No. EP-01-CV-386

TONY EGBUNA FORD

        Petitioner - Appellant

   v.

DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION

        Respondent - Appellee

Appeal from the United States District Court for the
Western District of Texas, El Paso.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: **JUL 1 4 2005**

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit

By _Rhonda Parker_
     Deputy

New Orleans, Louisiana    JUL 1 4 2005